# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEVIN McGOWAN,<br><br>　　　　　Petitioner,<br><br>v.<br><br>W.L. MONTGOMERY, Warden,<br><br>　　　　　Respondent. | CASE NO. 2:18-CV-07512-CJC (SK)<br><br>**JUDGMENT** |

　　　Pursuant to the Order Dismissing First Amended Petition and Denying Certificate of Appealability, **IT IS ADJUDGED** that the petition for writ of habeas corpus is dismissed and this action is dismissed with prejudice.

DATED: February 22, 2019

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　HON. CORMAC J. CARNEY
　　　　　　　　　　　　　　　　　　　U.S. DISTRICT JUDGE